UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALEJANDRO PEREZ, | ) | CASE NO. ED CV 07-670-JVS (PJW) |
|---|---|---|
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| JAMES YATES, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 19, 2010.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Perez v. Yates - Judgment on R & R.wpd